**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHARLES ALEXANDER CURRAN,<br><br>  Plaintiff,<br><br>v.<br><br>HEALTHCARE MD MEDICAL MANAGEMENT CORP., *et al.*,<br><br>  Defendants. | Civil Action No.<br><br>23-22875 (CCC) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a June 3, 2024 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 3rd day of June 2024, ORDERED** that the Pretrial Scheduling Order entered February 20, 2024 (ECF No. 16) is hereby amended as follows:

1. Fact discovery is extended through **October 31, 2024**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a telephonic status conference before the undersigned on **October 10, 2024 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

  *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge
